```
                                         USDS SDNY
                                         DOCUMENT
                                         ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT             DOC #: _____
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x         DATE FILED:  6 / 14 / 16
                               :
UNITED STATES OF AMERICA       :    CONSENT PRELIMINARY ORDER OF
                               :    FORFEITURE AS TO SPECIFIC
        -v.-                        PROPERTY/MONEY JUDGMENT
                               :
JORGE JUVIER,                       13 Cr. 857 (KMW)
                               :
            Defendant.
                               :
- - - - - - - - - - - - - - - x
```

WHEREAS, on or about October 4, 2013, JORGE JUVIER (the "defendant"), was charged in a one-count Information, 13 Cr. 857(KMW) (the "Information"), with conspiracy to commit healthcare fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One seeking, pursuant to Title 18, United States Code, Section 982(a)(7), the forfeiture of all property real and personal, that constitutes or is derived, directly and indirectly, from gross proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about January 21, 2015 the defendant pled guilty before Magistrate Judge Frank Maas to Count One of the Information pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit $12,233,292.23 in United States currency, representing property that constitutes

or is derived, directly or indirectly, from gross proceeds traceable
to the commission of the offense charged in Count One of the
Information;

WHEREAS, on or about February 18, 2015, Your Honor issued
an order accepting the defendant's guilty plea before Magistrate
Frank Maas;

WHEREAS, the defendant consents to a money judgment in the
amount of $12,233,292.23 in United States currency representing the
amount of proceeds traceable to the commission of the offense charged
in Count One of the Information and to the forfeiture of all of his
right, title, and interest in the following specific property:

> All that lot or parcel of land, together with
> appurtenances, improvements, fixtures,
> attachments, and easements, located at 3731 N.
> Country Club Drive, Unit 1123, Aventura, FL 33180
> (the "Specific Property");

IT IS HEREBY STIPULATED AND AGREED, by and between the
the United States of America, by its attorney Preet Bharara, United
States Attorney, Assistant United States Attorney Jonathan Cohen,
of counsel, and the defendant, and his counsel, Paul Peter Rinaldo,
Esq., that:

1. As a result of the offense charged in Count One of
the Information, to which the defendant pled guilty, a money judgment

2

in the amount of $12,233,292.23 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. As a result of the offense charged in Count One and of the Information, all of the defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853. Subsequent to the entry of a Final Order of Forfeiture as to the Specific Property, any proceeds forfeited to the United States from the sale of the Specific Property shall be applied in partial satisfaction of the Money Judgment.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment is final as to the defendant, JORGE JUVIER, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Treasury Department (or its designee), and delivered by mail to the United States

3

Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One Saint Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

5. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Treasury Department (or its designee) shall be authorized to deposit the payments on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment. Any person, other than the defendant in this case, claiming an interest in the Specific Property must file a petition within sixty (60) days from the first day of publication of the notice

4

on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

7. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the Specific Property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

8. Pursuant to Rule 32.2(b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

9. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all third-party interests will be addressed.

10. The Court shall retain jurisdiction to enforce this

5

Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

11. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

12. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment to Assistant United States Attorney Jason H. Cowley, Money Laundering and Asset Forfeiture Unit, One Saint Andrew's Plaza, New York, New York, 10007.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

6

13.   The signature pages of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York

By:  _____          _6/14/16_____
        JONATHAN COHEN                                            DATE
        Assistant United States Attorney
        One Saint Andrew's Plaza
        New York, NY 10007
        (212) 637-2408

            [ADDITIONAL SIGNATURES ON NEXT PAGE]

7

JORGE JUVIER
DEFENDANT

By: _____
      JORGE JUVIER

DATE  6/14/16

By: _____
      PAUL PETER RINALDO, Esq.
      Attorney for Defendant
      Grossman & Rinaldo
      108-18 Queens Boulevard, 8th Floor
      Forest Hills, New York 11375
      (718) 520-8722

DATE  6/14/16

SO ORDERED:

_____
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

DATE  6·14·16

8