UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

GEORGE JUVIER
a/k/a JORGE JUVIER,

                         Defendants.
------------------------------------------------------------x

**ORDER**
13 CR 857 (KMW)

KIMBA M. WOOD, District Judge:

The Court has received the Government's May 6, 2022 Motion to Apply Bond Deposit.

The defendant shall file any reply by May 27, 2022.

    SO ORDERED.

Dated: New York, New York
          May 9, 2022

                                          KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/22