UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

              -against-

GEORGE JUVIER,
a/k/a Jorge Juvier,

                                  Defendant.
-----------------------------------------------------------------x

**ORDER**
13 CR 857 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/22

KIMBA M. WOOD, District Judge:

    The Court hereby orders the Clerk of the Court to apply the defendant's $6,500 cash bond deposit held in the Court's registry toward the restitution owed to the victims of the defendant's crimes, for the reasons stated in the Government's May 6, 2022, Memorandum of Law (ECF Doc. #69.)

    SO ORDERED.

Dated: New York, New York
         September 26, 2022

                                                _/s/ Kimba M. Wood_
                                                KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE